NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARDIOSOM, L.L.C.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5109

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-533, Judge Lawrence M. Baskir.

---

**ON MOTION**

---

**O R D E R**

CardioSom, L.L.C. moves for an 80-day extension of time, until September 13, 2010, to file its principal brief. CardioSom states that the United States consents.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jerry Stouck, Esq.
    Anuj Vohra, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2010

JAN HORBALY
CLERK